**FILED**

**SEP 24 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Nykeythia Hudson,<br><br>Defendants. | Case No. 19-mj-71507-MAG-1 (KAW)<br><br>Charging District: Eastern District of Missouri<br><br>Charging District's Case No.:<br>4:19CR00629 RWS/JMB |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>Thomas F. Eagleton US Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | Courtroom No.: tbd |
|---|---|
| | Date and Time: September 30, 2019 at 8:30 a.m. at the Federal Pretrial Services Office on the 6th Floor |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 9/24/19

_____
Kandis A. Westmore
United States District Judge